IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHILOE BEASLEY,<br><br>              **Plaintiff,**<br><br>v.<br><br>WILLIAM FRANKLIN and<br>RODNEY ANDERSON,<br><br>              **Defendants.** | Case No. 24-cv-2347-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Shiloe Beasley, an individual who is currently detained at Chester Mental Health Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. After a review of the Complaint pursuant to 28 U.S.C. § 1915A, Beasley was allowed to proceed on a Fourteenth Amendment excessive force claim and an Illinois state law claim for battery against Rodney Anderson and William Franklin (Doc. 12).

On December 9, 2024, requests for waivers of service were sent to Rodney Anderson and William Franklin (Doc. 13). On January 2, 2025, both Anderson and Franklin returned their waivers, and their Answers were due February 7, 2025 (Doc. 14). As of this date, neither Anderson nor Franklin has filed an Answer.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

    (1)    The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants

      Rodney Anderson and William Franklin in accordance with Federal Rule of Civil Procedure 55(a).

(2) Beasley is **ORDERED** to move for default judgment against Defendants on or before **March 12, 2025**, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Beasley fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendants Rodney Anderson and William Franklin for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Beasley and Defendants Anderson and Franklin.

**IT IS SO ORDERED.**

**DATED:   February 19, 2025**

                                            *s/ Nancy J. Rosenstengel*
                                            **NANCY J. ROSENSTENGEL**
                                            **Chief U.S. District Judge**